KIRK T. KENNEDY, ESQ.
Nevada Bar No: 5032
815 S. Casino Center Blvd.
Las Vegas, NV 89101
office: (702) 385-5534
fax: (702) 385-1869
email: ktkennedylaw@gmail.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PAMELA ANNENBERG, Individually, | 2-17-cv-03090-APG-NJK |
| Plaintiff, | |
| vs. | |
| CLARK COUNTY SCHOOL DISTRICT, | |
| Defendant. | |

**STIPULATION TO EXTEND TIME FOR PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, ECF 35**
**(First Request)**

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, PAM ANNENBERG, by and through her undersigned counsel, KIRK T. KENNEDY, ESQ., and the Defendant CLARK COUNTY SCHOOL DISTRICT, by and through its undersigned counsel, CRYSTAL J. HERRERA, ESQ., that the Defendant's summary judgment motion, ECF 35, was filed on August 30, 2018, and the current response deadline is September 20, 2018. The parties agree to extend the time for the filing of the Plaintiff's response to October 4, 2018.

This is the first request by stipulation to extend the time for the Plaintiff's response to the Defendant's summary judgment motion. This stipulation is entered into because Plaintiff's Counsel needs additional time to prepare the response in light of other

scheduling concerns.

| /s/Kirk T. Kennedy | /s/ Crystal J. Herrera |
|---|---|
| KIRK T. KENNEDY, ESQ. | CRYSTAL J. HERRERA, ESQ. |
| Nevada Bar No: 5032 | Nevada Bar No: 12396 |
| 815 S. Casino Center Blvd. | Clark County School District |
| Las Vegas, NV 89101 | Office of General Counsel |
| (702) 385-5534 | 5100 W. Sahara Ave. |
| Attorney for Plaintiff | Las Vegas, NV 89146 |
| | (702) 799-5373 |
| | Attorney for Defendant |

Dated: 9/12/18

Dated: 9/12/18

**ORDER**

IT IS SO ORDERED.

Dated: September 12, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE

Submitted by:

/s/Kirk T. Kennedy
KIRK T. KENNEDY, ESQ.
Nevada Bar No: 5032
Attorney for Plaintiff