S. SCOTT GREENBERG, ESQ.
Nevada Bar No. 4622
CRYSTAL J. HERRERA, ESQ.
Nevada Bar No. 12396
CLARK COUNTY SCHOOL DISTRICT
OFFICE OF THE GENERAL COUNSEL
5100 West Sahara Avenue
Las Vegas, Nevada 89146
Email: greens2@nv.ccsd.net
Email: herrec4@nv.ccsd.net
*Attorneys for Clark County School District*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PAMELA ANNENBERG, individually,<br><br>Plaintiff,<br><br>vs.<br><br>CLARK COUNTY SCHOOL DISTRICT; a Nevada political entity; DOES 1-10, inclusive; ROE CORPORATIONS 1-10, inclusive,<br><br>Defendant. | CASE NO.: 2:17-cv-03090-APG-NJK<br><br>**STIPULATION AND ORDER TO EXTEND REPLY DEADLINE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>**[FIRST REQUEST]** |

Plaintiff PAMELA ANNENBERG (Plaintiff) and Defendant CLARK COUNTY SCHOOL DISTRICT (Defendant), by and through their counsel of record, hereby stipulate to extend the reply deadline to Defendant's Motion for Summary Judgment (ECF No. 35) from the current deadline of October 15, 2018 (ECF No. 32) for seven (7) days, up to and including **October 22, 2018**.

This is the first request for an extension of time to the reply deadline in support of Defendant's Motion for Summary Judgment. The parties believe good cause exists for the extension; the stipulation is entered into because Defendant's counsel needs additional time to prepare a reply in light of recent illness and other scheduling concerns.

1 | This request is made in good faith and not for the purpose of delay.

2 | Dated: October 10, 2018  Dated: October 10, 2018

CLARK COUNTY SCHOOL DISTRICT
OFFICE OF THE GENERAL COUNSEL

By: */s/ Kirk T. Kennedy, Esq*  By: */s/ Crystal J. Herrera*
    Kirk T. Kennedy, Esq.     Crystal J. Herrera (#12396)
    815 Casino Center Blvd.     5100 West Sahara Avenue
    Las Vegas, NV 89101     Las Vegas, Nevada 89146
    *Attorney for Plaintiff*     *Attorney for Clark County School District*

**ORDER**

**IT IS SO ORDERED.**

Dated this __10th__ day of October, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE